IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. CR 06-0053 LRR |
| ) | |
| vs. ) | **COUNTS 1-5** |
| ) | 21 U.S.C. § 841(a)(1) |
| JAHMAL GREEN, ) | |
| a/k/a Cheeseburger, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

## COUNT 1

On or about October 26, 2004, in the Northern District of Iowa, JAHMAL GREEN, a/k/a Cheeseburger, after having been previously convicted of one or more felony drug offenses, to wit:

> Possession of a controlled substance on January 2, 2003, in the Ramsey District Court, Minnesota, case number 02235585;
>
> Possession of a controlled substance on May 1, 1995, in the Circuit Court of Cook County, Illinois, case number 94CR1533901;
>
> Possession of a controlled substance on April 30, 1996, in the Circuit Court of Cook County, Illinois, case number 96CR0364001;
>
> Manufacture and delivery of a controlled substance on September 8, 1997, in the Circuit Court of Cook County, Illinois, case number 97CR1306101;
>
> Manufacture and delivery of a controlled substance on September 8, 1997, in the Circuit Court of Cook County, Illinois, case number 97CR1764601; and

1

Manufacture and delivery of a controlled substance on September
8, 1997, in the Circuit Court of Cook County, Illinois, case number
97CR1020101;

did knowingly and intentionally possess with intent to distribute approximately .93 grams of a mixture or substance containing a detectable amount of cocaine base, commonly called "crack cocaine," a Schedule II controlled substance.

This in violation of Title 21, United States Code, Sections 841(a)(1) and 851.

## COUNT 2

On or about May 6, 2005, in the Northern District of Iowa, JAHMAL GREEN, a/k/a Cheeseburger, after having been previously convicted of one or more felony drug offenses, to wit:

> Possession of a controlled substance on January 2, 2003, in
> the Ramsey District Court, Minnesota, case number
> 02235585;
>
> Possession of a controlled substance on May 1, 1995, in the Circuit
> Court of Cook County, Illinois, case number 94CR1533901;
>
> Possession of a controlled substance on April 30, 1996, in the
> Circuit Court of Cook County, Illinois, case number 96CR0364001;
>
> Manufacture and delivery of a controlled substance on
> September 8, 1997, in the Circuit Court of Cook County, Illinois,
> case number 97CR1306101;
>
> Manufacture and delivery of a controlled substance on
> September 8, 1997, in the Circuit Court of Cook County, Illinois,
> case number 97CR1764601; and
>
> Manufacture and delivery of a controlled substance on September
> 8, 1997, in the Circuit Court of Cook County, Illinois, case number
> 97CR1020101;

2

did knowingly and intentionally distribute approximately .69 grams of a mixture or substance containing a detectable amount of cocaine base, commonly called "crack cocaine," a Schedule II controlled substance, within 1,000 feet of the real property comprising Coe College located at 1220 First Avenue NE, Cedar Rapids, Iowa.

This in violation of Title 21, United States Code, Sections 841(a)(1), 851, and 860(a).

## COUNT 3

On or about May 6, 2005, in the Northern District of Iowa, JAHMAL GREEN, a/k/a Cheeseburger, after having been previously convicted of one or more felony drug offenses, to wit:

> Possession of a controlled substance on January 2, 2003, in the Ramsey District Court, Minnesota, case number 02235585;
>
> Possession of a controlled substance on May 1, 1995, in the Circuit Court of Cook County, Illinois, case number 94CR1533901;
>
> Possession of a controlled substance on April 30, 1996, in the Circuit Court of Cook County, Illinois, case number 96CR0364001;
>
> Manufacture and delivery of a controlled substance on September 8, 1997, in the Circuit Court of Cook County, Illinois, case number 97CR1306101;
>
> Manufacture and delivery of a controlled substance on September 8, 1997, in the Circuit Court of Cook County, Illinois, case number 97CR1764601; and
>
> Manufacture and delivery of a controlled substance on September 8, 1997, in the Circuit Court of Cook County, Illinois, case number 97CR1020101;

3

did knowingly and intentionally distribute approximately .62 grams of a mixture or substance containing a detectable amount of cocaine base, commonly called "crack cocaine," a Schedule II controlled substance, within 1,000 feet of the real property comprising Coe College located at 1220 First Avenue NE, Cedar Rapids, Iowa.

This in violation of Title 21, United States Code, Sections 841(a)(1), 851, and 860(a).

## COUNT 4

On or about May 18, 2005, in the Northern District of Iowa, JAHMAL GREEN, a/k/a Cheeseburger, after having been previously convicted of one or more felony drug offenses, to wit:

> Possession of a controlled substance on January 2, 2003, in the Ramsey District Court, Minnesota, case number 02235585;
>
> Possession of a controlled substance on May 1, 1995, in the Circuit Court of Cook County, Illinois, case number 94CR1533901;
>
> Possession of a controlled substance on April 30, 1996, in the Circuit Court of Cook County, Illinois, case number 96CR0364001;
>
> Manufacture and delivery of a controlled substance on September 8, 1997, in the Circuit Court of Cook County, Illinois, case number 97CR1306101;
>
> Manufacture and delivery of a controlled substance on September 8, 1997, in the Circuit Court of Cook County, Illinois, case number 97CR1764601; and
>
> Manufacture and delivery of a controlled substance on September 8, 1997, in the Circuit Court of Cook County, Illinois, case number 97CR1020101;

did knowingly and intentionally distribute approximately .95 grams of a mixture or substance containing a detectable amount of cocaine base, commonly called "crack cocaine," a Schedule II controlled substance.

This in violation of Title 21, United States Code, Sections 841(a)(1) and 851.

## COUNT 5

On or about June 25, 2005, in the Northern District of Iowa, JAHMAL GREEN, a/k/a Cheeseburger, after having been previously convicted of one or more felony drug offenses, to wit:

> Possession of a controlled substance on January 2, 2003, in the Ramsey District Court, Minnesota, case number 02235585;
>
> Possession of a controlled substance on May 1, 1995, in the Circuit Court of Cook County, Illinois, case number 94CR1533901;
>
> Possession of a controlled substance on April 30, 1996, in the Circuit Court of Cook County, Illinois, case number 96CR0364001;
>
> Manufacture and delivery of a controlled substance on September 8, 1997, in the Circuit Court of Cook County, Illinois, case number 97CR1306101;
>
> Manufacture and delivery of a controlled substance on September 8, 1997, in the Circuit Court of Cook County, Illinois, case number 97CR1764601; and
>
> Manufacture and delivery of a controlled substance on September 8, 1997, in the Circuit Court of Cook County, Illinois, case number 97CR1020101;

did knowingly and intentionally possess with intent to distribute approximately 6.18 grams of a mixture or substance containing a detectable amount of cocaine base, commonly called "crack cocaine," a Schedule II controlled substance.

5

This in violation of Title 21, United States Code, Sections 841(a)(1) and 851.

A TRUE BILL

/s/                 5-4-06
FOREMAN                Date

CHARLES W. LARSON, SR.
United States Attorney

By: *[signature]*

PATRICK J. REINERT
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
IN THE PRESENCE OF THE
GRAND JURY
And filed 5/4/06
PRIDGEN J. WATKINS, CLERK