AO 442 (Rev. 10/03) Warrant for Arrest

RECEIVED
U.S. MARSHAL
06 MAY -5 AM 7:50
N/IA
CEDAR RAPIDS

# UNITED STATES DISTRICT COURT

NORTHERn District of IOWA

UNITED STATES OF AMERICA

V.

JAHMAL GREEN
a/k/a Cheeseburger

**WARRANT FOR ARREST**

Case Number: CR06-0053 LRR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Jahmal Green
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)

possession of controlled substances after previously having been convicted of one or more felony drug offenses

in violation of Title  21  United States Code, Section(s)  841(a)(1), 851 and 860

Mary Jehle
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

*Signature of Issuing Officer* (Mary Jehle)

5/4/06  Cedar Rapids, Iowa

Suspect arrested by
CRPD
**Agency Name**

## RETURN  5-8-06

This warrant was received and executed with the arrest of the above-named defendant in the Northern District of Iowa

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | USMS Signature |