IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR 06-0053 LRR |
| Plaintiff, ) | |
| ) | NOTICE OF INTENT |
| vs. ) | TO PLEAD GUILTY |
| ) | |
| JAHMAL GREEN, ) | |
| ) | |
| Defendant. ) | |

Jahmal green, through counsel, hereby notifies the Court and the government of his intent to plead guilty. The Court may remove this case from the July 10, 2006, trial schedule. *See* U.S.S.G. §3E1.1(b)(2).

FEDERAL DEFENDER'S OFFICE
320 Third Street SE, Suite 200
Cedar Rapids, IA 52401-1542
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/: Casey D. Jones
CASEY D. JONES
casey_jones@fd.org
ATTORNEY FOR DEFENDANT,
JAHMAL GREEN

1

cc:
U.S. Attorney's Office
P.O. Box 74950
Cedar Rapids, IA 52407-4950

**Certificate of Service**

I served a copy of this document on the attorneys of record of all parties as follows:

1. Method of service:  ( ) personal service
   ( x ) electronic mail
   ( ) deposited in box at Clerk's Office, U.S. District Court
   ( ) certified mail, return receipt
   ( ) fax

2. Date served: <u>June16, 2006</u>

I declare that the statements above are true to the best of my information, knowledge, and belief.

<u>/s/: Casey D. Jones</u>

2