IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAHMAL GREEN,<br>    a/k/a Cheeseburger,<br><br>    Defendant. | No. CR 06-0053 LRR |

## GOVERNMENT'S SENTENCING MEMORANDUM

The United States submits the following memorandum regarding the sentencing of the above-named defendant on January 31, 2007, at 8:00 a.m.

**Witnesses:** The United States does not anticipate calling any witnesses to testify at the sentencing hearing.

**Exhibits:** The United States does not intend to enter any exhibits.

**Sentencing Issues**: None

Respectfully submitted,

JUDITH A. WHETSTINE
Acting United States Attorney

By, s/Patrick J. Reinert

PATRICK J. REINERT
Assistant United States Attorney
401 First Street SE, Suite 400
Cedar Rapids, IA 52401-1825
319-363-0091
319-363-1990 (Fax)
Pat.Reinert@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on January 12, 2007.

UNITED STATES ATTORNEY

BY:  s/Sue Patton

COPIES TO:
    David Mullin