UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR06-0053 |
| ) | |
| v. ) | DEFENDANT'S SENTENCING |
| ) | MEMORANDUM |
| JAHMAL GREEN, ) | |
| ) | |
| Defendant. ) | |

Defendant Jahmal Green appears by counsel and submits the following Sentencing Memorandum:

## WITNESSES

None.

## EXHIBITS

None.

## GUIDELINE ISSUES

None.

Respectfully submitted,

*/s/ David E. Mullin*

David E. Mullin
MULLIN & LAVERTY, LC
1636 42nd Street NE
Cedar Rapids, Iowa 52402
Phone: (319) 395-9191
Fax: (319) 395-9192
E-mail: dmullin@mullinlaverty.com

ATTORNEYS FOR DEFENDANT
JAHMAL GREEN

CERTIFICATE OF SERVICE
The undersigned certifies that a copy of this document was served on January 17, 2007 on each of the parties or their attorneys at their addresses of record by:

• U.S. Mail/ECF • Fax • Hand-Delivery

*/s/ David E. Mullin*

cc: Jahmal Green
AUSA Patrick J. Reinert
USPO Brian Draves