IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 06-CR-53 |
| Plaintiff, ) | |
| ) | |
| vs. ) | DEFENDANT'S MOTION FOR LEAVE |
| ) | TO FILE BRIEF AND EXHIBITS |
| JAHMAL GREEN, ) | UNDER SEAL |
| ) | |
| Defendant. ) | |

Defendant, pursuant to Local Rule 5(c), requests leave to file his Brief in Support of Motion for Compassionate Release and Exhibits A through C under seal because they contain medical information and personal identifiers.

> FEDERAL DEFENDER'S OFFICE
> 222 Third Avenue SE, Suite 290
> Cedar Rapids, IA 52401-1509
> TELEPHONE: (319) 363-9540
> TELEFAX: (319) 363-9542
>
> BY: /s/ Christopher J. Nathan
> CHRISTOPHER J. NATHAN
> christopher_nathan@fd.org
> ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on June 16, 2020, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By: /s/ Melissa Dullea