

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Federal Correctional Complex**

Office of the Warden					9300 South Wilmot Road, Tucson, Arizona  85756

June 23, 2020

Christopher J. Nathan
222 Third Avenue S.E., Suite 290
Cedar Rapids, IA 52401

RE:  GREEN, Jahmal
     Register No. 09794-029

Dear Mr. Nathan:

This is in response to your letter dated June 15, 2020, wherein you request a Compassionate Release on the behalf of inmate Jahmal Green due to health conditions; specifically, diabetes, obesity, and chronic wounds which you state make him vulnerable to COVID-19.

A review of this matter reveals inmate Green was convicted of Distribution of .69 Grams of Cocaine Base within 1,000 Feet of a Protected Location after Two or More Prior Convictions for a Felony Drug Offense in the Northern District of Iowa. He is serving a Life sentence.

A consultation with the Federal Correctional Complex Tucson's Medical Department was conducted and they confirmed inmate Greens' health issues are currently well controlled and will continue to be monitored.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about inmate Green being

potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from his sentence.

Accordingly, your Compassionate Release request is denied at this time.

I trust this is responsive to your concerns.

Sincerely,

Jared Rardin
Warden