IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. 06-cr-53-CJW |
| vs. | **ORDER** |
| JAHMAL GREEN, | |
| Defendant. | |

_____

Before the Court is Defendant's Motion to Withdraw Defendant's Pro Se Motion for First Step Act Section 404 Relief, Without Prejudice and Motion to Cancel Briefing Scheduling. (Doc. 96.) The Government does not object to this motion.

**IT IS ORDERED** for good cause and the reasons stated in the Motion, the Motion, is **granted**. Defendant's Pro Se Motion for First Step Act Section 404 Relief is deemed withdrawn without prejudice and briefing regarding that motion is cancelled.

**IT IS SO ORDERED** this 1st day of September, 2020.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa